Thomas A. Kearney, State Bar No. 90045
Prescott W. Littlefield, State Bar No. 259049
KEARNEY LITTLEFIELD, LLP
3436 N. Verdugo Rd, Ste. 230
Glendale, CA 91208
Telephone (213) 473-1900
Facsimile (213) 473-1919

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEE PALMER, individually, and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIER 1 IMPORTS, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 8:16 CV 01120-JLS (DFMx)<br><br>**NOTICE OF MOTION AND *UNOPPPOSED* 2ND AMENDED MOTION MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: December 1, 2017<br>Time: 2:30 p.m.<br>Ctrm: 10A<br><br>*Ass'n to:*   Hon. Josephine L. Staton |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on December 1, 2017, at 2:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 10A of the above-entitled Court located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, California, 92701 Plaintiff Ashlee Palmer will and

hereby does move the Court for an Order Preliminary Approving the Class Action Settlement in this matter, including each of the following:

(1) Preliminarily approving the Settlement Agreement as being fair, reasonable and adequate;

(2) Preliminarily approving the form, manner, and content of the Notice to the Class;

(3) Setting the date and time of the Final Fairness Hearing;

(4) Provisionally certifying the Class under Rule 23 of the Federal Rules of Civil Procedure for settlement purposes only;

(5) Appointing Plaintiff as the Class Representative; and

(6) Appointing Kearney Littlefield LLP as settlement Class Counsel.

This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the supporting declarations and exhibits submitted herewith, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

Dated: October 18, 2017                              KEARNEY LITTLEFIELD, LLP

By: /s/ Prescott W. Littlefield
Prescott W. Littlefield
Attorneys for Plaintiff

- 2 -

**NOTICE OF MOTION AND *UNOPPOSED* 2ND AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**