1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEE PALMER, individually, and on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>PIER 1 IMPORTS, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>     Defendants**.** | Case No. 8:16 CV 01120-JLS (DFMx)<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On _____, 2017, this Court heard plaintiff Ashlee Palmer's ("Plaintiff") motion for preliminary approval of class settlement and provisional class certification under Rule 23 of the Federal Rules of Civil Procedure. This Court reviewed the motion, including the Settlement Agreement and Release ("Settlement Agreement"). Based on this review and the findings below, the Court found good cause to grant the motion.

- 1 -

**FINDINGS:**

1. Unless otherwise specified, defined terms in this Order have the same definition as the terms in the Settlement Agreement.

2. The Settlement Agreement falls within the range of reasonableness meriting possible final approval. *See In re Tableware Antitrust Litig.*, 484 F. Supp. 2d 1078, 1079 (N.D. Cal. 2007) (granting preliminary approval where the settlement "appears to be the product of serious, informed, non-collusive negotiations, has no obvious deficiencies, does not improperly grant preferential treatment to class representatives or segments of the class, and falls within the range of possible approval").

3. The Class Notice (attached to the Settlement Agreement) comply with due process because the notices and forms are reasonably calculated to adequately apprise class members of (i) the pending lawsuit, (ii) the terms of the proposed Settlement Agreement, and (iii) their rights, including the right to either participate in the Settlement Agreement, exclude themselves from the Settlement Agreement or object to the Settlement Agreement.

4. The Class is so numerous that joinder of all Class Members is impracticable.

5. Plaintiff's claims are typical of the Class's claims.

6. There are questions of law and fact common to the Class, which predominate over any questions affecting only individual Class Members.

7. Class Certification is superior to other available methods for the fair and efficient adjudication of the controversy.

**IT IS ORDERED THAT:**

1. **Settlement Approval**. The Settlement Agreement, including the Class Notice (attached to the Settlement Agreement as Exhibit 'A') is preliminarily approved.

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**2.    Provision of Class Notice**. Plaintiff shall provide notice of this Order to the Claims Administrator forthwith, who shall provide Notice to the Settlement Class Members according to the terms of the Settlement Agreement.

**3.    Claims Administrator**. Simpluris, Inc. is appointed as the Claims Administrator.

**4.    Objection to Settlement**. Settlement Class Members who have not submitted a timely written exclusion request and who want to object to the Settlement Agreement must submit objections as stated in the Class Notice no later than seventy (70) calendar days after notice is postmarked as mailed by the Settlement Administrator.

**5.    Failure to Object to Settlement.** Settlement Class Members who fail to object to the Settlement Agreement in the manner specified above will: (1) be deemed to have waived their right to object to the Settlement Agreement; (2) be foreclosed from objecting (whether by a subsequent objection, intervention, appeal, or any other process) to the Settlement Agreement; and (3) not be entitled to speak at the Fairness Hearing.

**6.    Requesting Exclusion**. Settlement Class Members who want to be excluded from the Settlement must request exclusion as instructed by the Class Notice, no later than seventy (70) days after the Claims Administrator mails the Class Notice. A Settlement Class Member that submits a valid and timely Request for Exclusion will not participate in or be bound by the Settlement Agreement. A Settlement Class Member who does not submit a timely and valid written Request for Exclusion from the Settlement Agreement in the manner and by the deadline specified above will be bound by all terms and conditions of the Settlement Agreement, if the Settlement Agreement is approved by the Court.

**7.    Provisional Certification**. The Class is provisionally certified as a class of: "Any person who has not otherwise executed a general release of claims against

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1 Defendant Pier 1 Imports (U.S.), Inc. and is or was employed by Defendant at its
2 Tustin Marketplace store as a non-exempt employee at any time from April 18, 2012
3 through May 23, 2016 (the date the Store Manager who allegedly engage din
4 unlawful conduct was discharged)."

5      **8.      Appointment of Class Representative and Class Counsel**. Plaintiff
6 Ashlee Palmer is conditionally certified as the class representative to implement the
7 Parties' Settlement Agreement in accordance with the Settlement Agreement. The
8 law firm of Kearney Littlefield, LLP is appointed as Class Counsel. Plaintiff and
9 Class Counsel must fairly and adequately protect the Class's interests.

10      **9.      Termination**. If the Settlement Agreement terminates for any reason,
11 the following will occur: (a) class certification will be automatically vacated; (b)
12 Plaintiff will stop functioning as Class representative; and (c) this Action will revert
13 to its previous status in all respects as it existed immediately before the Parties
14 executed the Settlement Agreement. This Order will not waive or otherwise impact
15 the Parties' rights or arguments.

16      **10.      No Admissions.** Nothing in this Order is, or may be construed as, an
17 admission or concession on any point of fact or law by or against any Party.

18      **11.      Stay of Dates and Deadlines.** All discovery and pretrial proceedings
19 and deadlines are stayed and suspended until further notice from the Court, except
20 for such actions as are necessary to implement the Settlement Agreement and this
21 Order.

22      **12.      Fairness Hearing**. On _____, at _____ __.m., this
23 Court will hold a Fairness Hearing to determine whether the Settlement Agreement
24 should be finally approved as fair, reasonable, and adequate. All papers supporting
25 Plaintiff's request for attorneys' fees and costs must be filed no later than fourteen
26 (14) calendar days before the deadline for Settlement Class Members to object to the
27 Settlement. All other papers supporting Final Approval of the Settlement Agreement

28

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

must be filed no later than seven (7) calendar days before the Fairness Hearing. This Court may order the Fairness Hearing to be postponed, adjourned, or continued. If that occurs, Defendant will not be required to provide additional notice to class members.

**IT IS SO ORDERED.**

DATED: _____                    _____

Hon. Josephine L. Staton
UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**