Thomas A. Kearney, State Bar No. 90045
Prescott W. Littlefield, State Bar No. 259049
KEARNEY LITTLEFIELD, LLP
3436 N. Verdugo Rd, Ste. 230
Glendale, CA 91208
Telephone (213) 473-1900
Facsimile (213) 473-1919

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEE PALMER, individually, and on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>PIER 1 IMPORTS, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 8:16 CV 01120-JLS (DFMx)<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: July 13, 2018<br>Time: 2:30 p.m.<br>Ctrm: 10A<br><br>*Ass'n to:*    Hon. Josephine L. Staton |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on July 13, 2018, at 2:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 10A of the above-entitled Court located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, California, 92701 Plaintiff Ashlee Palmer will and

- 1 -
**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

hereby does move the Court for an Order Finally Approving the Class Action Settlement pursuant to Federal Rule of Civil Procedure 23(e).

     This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the supporting declarations and exhibits submitted herewith, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

Dated: June 15, 2018                      KEARNEY LITTLEFIELD, LLP

                                                 By: /s/ Prescott W. Littlefield
                                                     Prescott W. Littlefield
                                                     Attorneys for Plaintiff

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**