# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEE PALMER, individually, and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIER 1 IMPORTS, INC., a Delaware corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 8:16 CV 01120-JLS (DFMx)<br><br>**FINAL JUDGMENT**<br><br>Date: July 13, 2018<br>Time: 2:30 p.m.<br>Ctrm: 10A<br><br>*Ass'n to:* Hon. Josephine L. Staton |

Having previously found that the parties' Settlement Agreement meets the applicable criteria for approval and having approved such settlement as fair, adequate, and reasonable (ECF No. 42), the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1. As to Plaintiff Ashlee Palmer, all claims are dismissed in their entirety WITH PREJUDICE.

2. As to all Class Members who did not timely submit requests for exclusion from the settlement, all claims as alleged in the First Amended Complaint are dismissed in their entirety WITH PREJUDICE.

3. As to all Class Members who timely submitted requests for exclusion from the settlement, all claims are dismissed in their entirety WITHOUT PREJUDICE.

4. As to Plaintiff and all Class Members identified in Paragraph 2 above, the Settlement Agreement shall be binding and enforceable, including, but not limited to, the release as set forth in Section 6.2 of the Settlement Agreement.

5. Each side will bear its own costs and attorneys' fees except as provided by the Settlement and the Court's Final Approval Order.

DATED: July 23, 2018  _____
Hon. Josephine L. Staton
UNITED STATES DISTRICT COURT JUDGE